UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAVON PIERCE,

        Plaintiff,        Case No. 1:14-cv-543

v.

                      Honorable Paul L. Maloney

BARACK OBAMA et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.  Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.


Dated: August 14, 2014        /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge